UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ANDERSON JOSEPH,

                Plaintiff,

        - against -

NASSAU COUNTY DEPARTMENT OF
PROBATION,

                Defendant.
---------------------------------------------------------x

**MEMORANDUM & ORDER**
21-CV-1690 (PKC) (PK)

PAMELA K. CHEN, United States District Judge:

      On March 25, 2021, Plaintiff Anderson Joseph filed this *pro se* action under 42 U.S.C. § 1983 ("Section 1983") alleging that he was unlawfully arrested on January 23, 2018. (Complaint, Dkt. 1.) On June 11, 2012, the Court dismissed the Complaint, but permitted Plaintiff to file an amended complaint "***within thirty (30) days*** of the date of the Order to allege *only* a false arrest claim." (Memorandum and Order, Dkt. 4, at 6–7 (emphasis in original).) Plaintiff was warned that if he did not file an amended complaint within the time allowed, then judgment would be entered dismissing this action. (*Id.* at 7.)

      Thirty days from the date of the Court's June 11, 2021 Order was July 12, 2021. To date, Plaintiff has failed to file an amended complaint. Accordingly, this action is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is directed to enter judgment.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: August 10, 2021
       Brooklyn, New York